IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-00145 |
| | ) | CHIEF JUDGE HAYNES |
| CHARLES ALONZO GIPSON | ) | |

MOTION

*[Handwritten notation: This motion is GRANTED. /s/ [illegible] 2-25-13]*

Pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure, defendant Charles Gipson requests judicial authorization for the issuance of a subpoena returnable to the Court by **March 1, 2013**, a week in advance of the hearing scheduled for March 8, 2013, requiring Diersen Charities to produce its file, in its entirety, relating to Charles Gipson. Mr. Gipson was removed from Diersen Charities, and his behavior at Diersen Charities relates to the relief sought by the government.

Mr. Gipson requests that the subpoena be returnable to the Court and that upon receipt the parties may be notified so they may review the subpoenaed material prior to the hearing. In the event this motion is granted, the Movant will prepare and serve the subpoena pursuant to the authorizing order.

Respectfully Submitted

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203-3805
(615) 736-5047