**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:07-00145 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| CHARLES ALONZO GIPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

A revocation hearing was held in this action on March 8, 2013. Based upon the Court's statements in open court, the Defendant is sentenced to six (6) months home monitoring and, subject to any medical restrictions, six (6) months of public service. Defendant is to undergo both drug and mental health treatment.

It is so **ORDERED**.

**ENTERED** this the _11_ day of March, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court