IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:07-00145 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| CHARLES ALONZO GIPSON, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is the Defendant motion for early termination of supervised release, (Docket Entry No. 74), citing his supervision for two years as of September 26, 2014. Neither his probation officer nor the United States oppose this motion for early termination of the Defendant's supervised release.

Accordingly, this motion is **GRANTED** and the Defendant's supervised release is **TERMINATED** as of the date of this Order.

It is so **ORDERED**.

ENTERED this the 21st day of October, 2014.

_____
WILLIAM J. HAYNES, JR.
United States District Judge